KIENSTRA, INC., d/b/a Chris Kienstra Concrete, Inc., Plaintiff/Respondent,

v.

TERRA CONTRACTING, INC., Defendant.

and

Harold C. Lewis and Jill M. Lewis, Defendants/Appellants.

No. 63467.

Missouri Court of Appeals, Eastern District, Division Four.

March 8, 1994.

Nelson Lewis Mitten, Sherry Gunn, Clayton, for defendants/appellants.

Michael Allen, R.W. Jacobsmeyer, Clayton, for plaintiff/respondent.

Before GRIMM, P.J., CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

In this bench-tried case, Harold and Jill Lewis appeal from the trial court's judgment granting Kienstra a mechanic's lien against their property.

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).